UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Chapter 12 Case

Jeffrey P. Brockberg and Debra J. Brockberg,

Case No. 25-30670

Debtors.

_____

**NOTICE MOTION AND VERFIED MOTION TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

_____

TO:   Parties specified in Local Rule 9013-3.

1. Debtors, Jeffrey P. Brockberg and Debra J. Brockberg, through their undersigned attorney, moves the court for the relief requested below and gives notice of hearing ("Motion").

2. The Court will hold a hearing on this Motion on April 8, 2025, at 2:30 p.m. before the before the Honorable William J. Fisher who is located at the Warren E. Burger Federal Building and U.S. Courthouse, Courtroom 2A, 316 North Robert Street, St. Paul, Minnesota 55101. **This hearing will be telephonic**, please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov(link sends e-mail) or by telephone at 651-848-1061 to obtain the dial-in information for the hearing.

3. Any response to this Motion must be filed and served not later than Tuesday, April 1, 2025, which is seven days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This case was commenced as a voluntary Chapter 12 case on March 11, 2025. The case is now pending in this Court. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

5. This motion arises under 11 U.S.C. § 363 and Bankruptcy Rules 4001. This motion is filed under Bankruptcy Rule 9014 and Local Rules 9006-1 and 9013-1 through 9013-3.

**SUMMARY OF RELIEF SOUGHT**

6. Debtor requests an order authorizing approval of the use of cash collateral so that Debtors may meet some of their expenses of operating Debtors' hog operation and agreed upon updates to their hog barns.

## FACTUAL BACKGROUND

7. Debtors are engaged in the business of farming and own approximately 600 acres of farmland as well operate 8 hog barns. Debtors currently rent out their farmland, and custom feed hogs in their barns.

8. Debtors' farming operation has been in a receiver for the past two years approximately, with the primary lender for that operation being Jo's Family Farms (JFF). Jeff has a lien in Debtors' hog barns and farmland.

9. The receiver currently has $433,646.10 on hand. The receiver arranged for the farmland to be rented in 2025 for $185,195.00, and that payment is included in the cash on hand. Further, there is another approximately $270,000.00 that should be incoming from the hog feeding operation. An overall anticipated cash flow and expenses is attached in Exhibit 1.

10. Further, there are outstanding invoices that total $43,063.58 that need to be paid. These invoices represent various ongoing expenses such as electricity, garbage, propane, etc. as well as some costs associated with ongoing repairs/improvements being made on the barns. A specific list of the invoices is attached in Exhibit 2.

11. In addition to above invoices, the current operator has requested several improvements be made to the barns into order to maintain the custom hog feeding operation. Several repairs have been done, some are currently in progress, and more are yet to begin. The current estimated remaining costs for these improvements are estimated to be $445,687.47. It was previously agreed with Debtors' lender to use proceeds to pay for these repairs. A specific list of the invoices is attached in Exhibit 3.

12. Finally, ongoing costs such as electricity, property taxes, insurance, etc. will have continue to be made in order for the barns to remain operational. Debtors estimate those expenses for the remaining year to be $111,660.60. A specific list of these estimated expenses or listed in Exhibit 4.

13. Debtors do anticipate having other income relating to leasing land for hay, from manure sales, solar farm income, and cabin rental. However, those will be paid later, and it is not believed those funds are needed for operating the hog barns or to pay for the improvements to the hog barns. Debtors also have income from retirement funds, social security, as well as Jeffrey Brockberg's insurance business that will cover Debtors' living expenses.

## LIENS IN COLLATERAL

14. JFF has first position lien in Debtors' hog barns and farmland, and a first position lien in any rents derived from the real estate collateral. The value of JFF's cash collateral relating to the motion is estimated to be approximately $699,787.18. The estimated tax value of JFF's real estate collateral is $7,298,500.00.

a. Debtors propose to make a $100,000.00 adequate protection payment to JFF by the end of 2025 from these cash collateral proceeds.

### RELIEF REQUESTED

15. Debtor seeks to use cash collateral in amount up to $600,417.65 through December 31, 2025, as laid out in Exhibits 2, 3, and 4.

16. Debtor proposes to adequately protect the interests of the JFF by making a payment of $100,00.00 and investing in the hog barns as detailed above. Debtors believe that the value of the collateral, the updates, and the payment will adequately protect the interests of JFF.

17. Debtors believe that the JFF will not be prejudiced by the use of cash collateral, as JFF will benefit by Debtors' continued operation and the improvements made to the hog barns.

18. Debtors will, if necessary, offer the testimony of Brandon Clark at the hearing on the motion.

WHEREFORE, Debtors respectfully request that this Court enter an interim order followed by an order (a) authorizing use of cash collateral from the date of the order through December 31, 2025, in the amount of $600,417.65; (b) authorizing Debtors to grant the adequate protection as set forth in the Motion; and (c) granting Debtors any other legal and equitable relief to which they are entitled.

Dated: March 21, 2025.                     STERMER & SELLNER, CHTD.

By: /e/ Krystal M. Lynne
Krystal M. Lynne          Attorney ID #0392816
Attorney for Debtors
102 Parkway Drive, P.O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491
E-mail: klynne@stermerlaw.com

### VERIFICATION

We, Jeffrey P. Brockberg and Debra J. Brockberg, declare under penalty of perjury that the facts set forth in the foregoing Notice Motion and Verified Motion to Use Cash Collateral and Granting Adequate Protection are true and correct to the best of our knowledge, information, and belief.

Dated: March 21, 2025

Jeffrey P. Brockberg

Debra J. Brockberg

3

# **Exhibit 1**

**Income**
| | |
|---|---|
| On Hand | $433,646.10 |
| Custom Feeding | $270,000.00 |
| Total | $703,646.10 |

**Expenses**
| | |
|---|---|
| Outstanding Invoices | ($43,063.58) |
| Improvements | ($445,687.47) |
| Operating * | ($111,666.60) |
| | ($600,417.65) |

Net Income    $103,228.45

*Please note that Debtors are presuming that no portion of the real property taxes and insurance payments (which are paid biannually and quarterly respectively) have been paid, so the above operating expenses includes the full amount of those costs.

# Exhibit 2

| Invoice Date | Payee | Amount |
|---|---|---|
| 1/28/2025 | Tyler Electric | $9,400.00 |
| 3/13/2025 | Power Washing | $1,300.00 |
| 3/6/2025 | Xcel Energy | $246.01 |
| 3/4/2025 | D&D Gravel | $212.50 |
| 2/28/2025 | Ketterling Services | $78.39 |
| 3/10/2025 | Palisades Propane | $1,286.57 |
| 3/10/2025 | Palisades Propane | $1,041.60 |
| 3/10/2025 | Palisades Propane | $368.79 |
| 1/10/2025 | Chris Loll Construction | $1,387.20 |
| 2/24/2025 | Kopp's Ag Service | $14,468.70 |
| 3/6/2025 | Kopp's Ag Service | $13,273.82 |
| **Total** | | **$43,063.58** |

# Exhbit 3

Brockberg Site Repairs

| Barn # | Repair Needed | Vendor | Cost | Comments |
|---|---|---|---|---|
| 2 | Replace Gating | Kopp Ag | $ 38,024.00 | Gating Package |
| | Replace Feeders | PALS | $ 12,096.00 | 24 SDI wet/dry Feeders |
| | Plumbing Package | PALS | $ 389.45 | Plumbing to feeders |
| | Feed System | PALS | $ 5,401.82 | Tandem Feed system/Hdwr |
| | Bulk Bin | PALS | $ 4,736.35 | Replace one existing bin |
| | Replace Damaged door | Kopp Ag | $ 611.58 | Material and Labor |
| | Labor | Kopp Ag | $ 14,000.00 | Install Gating /Feed System |
| | Bin Pad | Kopp Ag | $ 3,900.00 | Material and Labor |
| | Pit Powder | Kopp Ag | $ 600.00 | Pit Foam Control/Safety |
| | Epoxy Slats | Kopp Ag | $ 6,000.00 | Slat repair at feeders |
| | | | $ 85,759.20 | |
| 3 | Replace Gating | Kopp Ag | $ 38,024.00 | Gating Package |
| | Replace Feeders | PALS | $ 12,096.00 | 24 SDI wet/dry Feeders |
| | Plumbing Package | PALS | $ 389.45 | Plumbing to feeders |
| | Feed System | PALS | $ 5,401.82 | Tandem Feed system/Hdwr |
| | Bulk Bin | PALS | $ 4,736.35 | Replace one existing bin |
| | Replace Damaged door | Kopp Ag | $ 611.58 | Material and Labor |
| | Labor | Kopp Ag | $ 14,000.00 | Install Gating /Feed System |
| | Bin Pad | Kopp Ag | $ 3,900.00 | Material and Labor |
| | New Fans | PALS | $ 3,500.00 | Replace 5 bad fans |
| | Epoxy Slats | Kopp Ag | $ 6,000.00 | Slat repair at feeders |
| | Ceiling Repair | Kopp Ag | $ 595.00 | Labor/Material |
| | Repair Gable Steel | Kopp Ag | $ 400.00 | Labor/Material |
| | | | $ 89,654.20 | |
| 4 | Replace Gating | Kopp Ag | $ 38,024.00 | Gating Package |
| | Replace Feeders | PALS | $ 3,024.00 | 6 SDI wet/dry Feeders |
| | Plumbing Package | PALS | $ 174.25 | Plumbing to feeders |
| | Feed System | PALS | $ 5,401.82 | Tandem Feed system/Hdwr |
| | Stockade Panels | Kopp Ag | $ 2,256.00 | Material and Labor |
| | Labor | Kopp Ag | $ 14,000.00 | Install Gating /Feed System |
| | Bin Pad | Kopp Ag | $ 3,900.00 | Material and Labor |
| | Powder | Kopp Ag | $ 600.00 | Pit Foam Control/Safety |
| | Epoxy Slats | Kopp Ag | $ 6,000.00 | Slat repair at feeders |
| | Repair Gable Steel | Kopp Ag | $ 425.00 | Labor/Material |
| | | | $ 73,805.07 | |
| 5 | Replace Gating | Kopp Ag | $ 38,024.00 | Gating Package |
| | Bulk Bin | PALS | $ 4,731.97 | Replace one existing bin |

|   | Item | Vendor | Amount | Description |
|---|------|--------|--------:|-------------|
|   | Feed System | PALS | $ 5,401.82 | Tandem Feed system/Hdwr |
|   | Stockade Panels | Kopp Ag | $ 2,256.00 | Material and Labor |
|   | Labor | Kopp Ag | $ 14,000.00 | Install Gating /Feed System |
|   | Replace Feeders | PALS | $ 3,024.00 | 6 SDI wet/dry Feeders |
|   | Bin Pad | Kopp Ag | $ 3,900.00 | Material and Labor |
|   | Powder | Kopp Ag | $ 600.00 | Pit Foam Control/Safety |
|   | Epoxy Slats | Kopp Ag | $ 6,000.00 | Slat repair at feeders |
|   | Repair Gable Steel | Kopp Ag | $ 400.00 | Labor/Material |
|   |   |   | **$ 78,337.79** |   |
| 6 | Replace Gating | Kopp Ag | $ 38,024.00 | Gating Package |
|   | Bulk Bin | PALS | $ 9,463.94 | Replace two existing bin |
|   | Feed System | PALS | $ 5,401.82 | Tandem Feed system/Hdwr |
|   | Stockade Panels | Kopp Ag | $ 2,256.00 | Material and Labor |
|   | Labor | Kopp Ag | $ 14,000.00 | Install Gating /Feed System |
|   | Bin Pad | Kopp Ag | $ 3,900.00 | Material and Labor |
|   | Powder | Kopp Ag | $ 600.00 | Pit Foam Control/Safety |
|   | Epoxy Slats | Kopp Ag | $ 6,000.00 | Slat repair at feeders |
|   | Repair Gable Steel | Kopp Ag | $ 400.00 | Labor/Material |
|   | Replace Feeders | PALS | $ 12,096.00 | 24 SDI wet/dry Feeders |
|   | Plumbing Package | PALS | $ 389.45 | Plumbing to feeders |
|   |   |   | **$ 92,531.21** |   |
|   | All Barns | Tyler Electric | $ 21,600.00 | All necessary electrical |
|   | All Barns | various | $ 4,000.00 | Generator pad/gas hookup/ concrete removal |
|   |   | **Grand Total** | **$ 445,687.47** |   |

# **Exhibit 4**

| Operating Expenses | Yearly | Monthly |
|---|---|---|
| Water | $16,500.00 | $1,375.00 |
| Electricty/Xcel | $13,500.00 | $1,125.00 |
| Garbage | $1,200.00 | $100.00 |
| Insurance | $29,600.00 | $2,166.67 |
| Real Estate Taxes | $23,500.00 | $1,958.33 |
| Maintenance | $12,000.00 | $1,000.00 |
| Tax Prep | $3,000.00 | $250.00 |
| Fuel | $6,000.00 | $500.00 |
| Telephone/Internet | $2,400.00 | $200.00 |
| Supplies | $8,000.00 | $666.66 |
| Contract Labor | $12,000.00 | $1,000.00 |
| | $127,700.00 | $10,341.66 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

                                                                                                           Chapter 12 Case

Jeffrey P. Brockberg and Debra J. Brockberg,                    Case No. 25-30670

                                 Debtors.

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

**FACTS**

The facts are as established in Debtors' verified motion.

**ARGUMENT**

**I.      CASH COLLATERAL – ADEQUATE PROTECTION**

A debtor-in-possession may use cash collateral only with the secured creditor's consent, or when the court has authorized the use of the cash collateral after notice and a hearing. 11 U.S.C. § 363(c)(2). However, the secured creditor must be provided with adequate protection upon request. 11. U.S.C. § 363(e). When considering adequate protection the bankruptcy court must "(1) establish the value of the secured creditor's interest, (2) identify the risks to the secured creditor's value resulting from the debtor's request for use of cash collateral, and (3) determine whether the debtor's adequate protection proposal protects value as nearly as possible against risks to that value consistent with the concept of indubitable equivalence. *In re Martin*, 761 F.2d 472, 477 (8th Cir. N.D. 1985). When determining value of the cash collateral that is subject to the creditor's liens, the creditor's interest is determined by the amount the creditor would recover should the cash collateral be disposed of in the most commercially reasonable way. *Id.*

In this case, while the proposed payment to Jo's Family Farms (JFF) seem slow, given the amount of the cash collateral being utilized, the bulk of the payments will be used to make improvements to the hog

1

barns that will positively impact the creditor.  As it will allow the hog barns to keep generating income to pay JFF and should increase the overall value of JFF's collateral.  Further, beyond the cash collateral, the tax value of JFF's collateral real property collateral alone more than covers the total amount of JFF's debt, with millions to spare.   Therefore, JFF would be adequately protected.

## **CONCLUSION**

Here there is little risk to the secured creditor given the value of their collateral.   And the benefit of improving the hog barns to keep the hog payments supports that risk.   And while the initial payment seems small, this risk is further reduced by the proposed adequate protection payments that will pay down some of the accrued interest as well as the opportunity for future payments.   Therefore, for the foregoing reasons, the debtors respectfully request that the Court grant the relief requested in this Motion.

Dated: March 21, 2025.                STERMER & SELLNER, CHTD.

By: */e/ Krystal M. Lynne*
Krystal M. Lynne    Attorney ID #0392816
Attorney for Debtors
102 Parkway Drive, P.O. Box 514
Montevideo, MN 56265
Telephone:   (320) 269-6491
E-mail: klynne@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Jeffrey P. Brockberg and Debra J. Brockberg,
Debtors.

Chapter 12 Case

Case No. 25-30670

**O R D E R**

The above entitled matter is before the Court on the Motion of BRANDON DOUGLAS CLARK AND JESSICA MARIE CLARK, pursuant to 11 U.S.C. § 363. Based on the Motion and the record:

IT IS HEREBY ORDERED that

1. Debtors request to use Cash Collateral is granted.
2. The Debtors-in-Possession, in the ordinary course of business, may use the following items of cash collateral (hereinafter identified as "Cash Collateral"): Grain Proceeds for the following expenses:
    a. $43,063.58 for outstanding invoices,
    b. $111,666.60 for operating expenses, and
    c. $445,687.47 for ongoing improvements to the hog barns.
3. The following adequate protection payments shall be made:
    a. $100,000.00 to Jo's Family Farms.

Dated:

BY THE COURT:

_____
William Fisher
United States Bankruptcy Court Judge