UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Jeffrey P. Brockberg and Debra J. Brockberg,
                    Debtors.

Chapter 12 Case

Case No. 25-30670

## MOTION OF DEBTORS TO DISMISS CASE

TO: United States Trustee, Kyle L. Carlson, Chapter 12 Trustee, and other entities specified in Local Rule 9013-3.

1. The Debtors, Jeffrey P. Brockberg and Debra J. Brockberg, hereby request the above-titled Chapter 12 case, be dismissed under Section 1208(b) of the United States Bankruptcy Code.

2. This Court has jurisdiction over this motion pursuant to Sections 157 and 1334 of Title 28 of the United States Code, Rule 5005 of the Federal Rules of Bankruptcy Procedure Rule 1017. This proceeding is a core proceeding. The petition commencing this Chapter 12 case was filed on March 11, 2025. The case is now pending in this court. This case has not been converted previously.

3. This motion arises under Section 1208(b) of the United States Bankruptcy Code 11 U.S.C. §1208(b). This motion is filed under Rule 1017 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtors request dismissal of these cases pursuant to 11 U.S.C. §1208(b).

Dated: May 29, 2025        STERMER & SELLNER, CHTD.

                           By:   /s/ Krystal M. Lynne
                           Krystal M. Lynne Attorney ID #0392816
                           102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265
                           Telephone: (320) 269-6491
                           E-mail: klynne@stermerlaw.com
                           Attorney for Debtors

Dated: May 29, 2025        _____
                           Jeffrey P. Brockberg

Dated: May 29, 2025        _____
                           Debra J. Brockberg

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Jeffrey P. Brockberg and Debra J. Brockberg,
    Debtors.

Chapter 12 Case

Case No. 25-30670

## MEMORANDUM OF FACTS AND LAW

The Debtors, Jeffrey P. Brockberg and Debra J. Brockberg, respectfully submit this Memorandum of Facts and Law in support of their Motion to Dismiss the above-titled Chapter 12 Case.

### FACTS

The Debtors filed a petition for relief under Chapter 12 of the United States Bankruptcy Code on March 11, 2025. The case has not been converted from or to another chapter previously. The Debtors are requesting that this case now be dismissed.

### LAW

On request of the debtor at any time, if the case has not been converted under Chapter 7 or 11 or to Chapter 12, the court is required to dismiss a case under Chapter 12. 11 U.S.C. § 1208(b). A waiver of this right to dismiss is unenforceable. *Id.* Federal Rule Bankruptcy Procedure 1017 notes that a case shall not be dismissed before a hearing on notice at ruled in Rule 2002 **except as provided in 1208(b)** along with some other exceptions. Fed. R. Bankr. P. 1017(a) (emphasis added).

While the Debtor has filed a motion to convert, concerns were raised whether a conversion was allowed under the bankruptcy code. Debtors do not wish to create an appealable issue, which would simply raise the costs for all relevant parties. Further, given there exists and absolute right for dismissal for the Debtors to dismiss an unconverted Chapter 12 case, it makes sense that such a case can be dismissed without a hearing.

### CONCLUSION

Based on the foregoing Facts and Law, the Debtors respectfully request the Court enter an order dismissing the Chapter 12 case number 25-30670.

Dated: May 29, 2025        STERMER & SELLNER, CHTD.

                              By: */s/ Krystal M. Lynne*
                              Krystal M. Lynne Attorney ID #0392816
                              P.O. Box 514, Montevideo, MN 56265
                              Phone: (320) 269-6491
                              E-mail: klynne@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

                                                                                          Chapter 12 Case

Jeffrey P. Brockberg and Debra J. Brockberg,          Case No. 25-30670
     Debtors.

---

**ORDER FOR DISMISSAL OF CHAPTER 12 CASE**

---

Based on the Motion of the above named Debtors to dismiss the Chapter 12 case named above, it is hereby ordered under 11 U.S.C. §1208(b) that this case is dismissed.

Date: _____              _____
                                                                  United States Bankruptcy Judge